Bradley J. Luck
Emma L. Mediak
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
bjluck@garlington.com
elmediak@garlington.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRADLEY B. TALCOTT, and LINDA K. CARICABURU, and JAMES TALCOTT CONSTRUCTION, INC., THE BRADLEY TALCOTT LIVING TRUST DATED JUNE 18, 2013, AND THE LINDA K. CARICABURU LIVING TRUST DATED JUNE 18, 2013,<br><br>Plaintiffs,<br><br>v.<br><br>MARSH & McLENNON AGENCY, LLC,<br><br>Defendant. | NOTICE OF REMOVAL |

TO:   Bradley B. Talcott, Linda K. Caricaburu, James Talcott Construction Inc., Plaintiffs; Maxon R. Davis, of Davis, Hatley, Haffeman & Tighe, P.C., Plaintiffs' Attorney; and CASCADE COUNTY CLERK OF DISTRICT COURT:

Defendant Marsh & McLennan Agency, LLC (incorrectly identified in the caption of this matter as Marsh & McLennon Agency, LLC) ("MMA") respectfully gives notice and shows the Court:

1. On August 12, 2021, an action was commenced against Defendant MMA in the Montana Eighth Judicial District Court, Cascade County entitled *Bradly B. Talcott, and Linda K. Caricaburu, and James Talcott Construction Inc., the Bradley Talcott Living Trust dated June 18, 2013, and the Linda K. Caricaburu Living Trust Dated June 18, 2013 v. Marsh & McLennon Agency, LLC*, Cause No. DDV-21-0432.  Defendant received copies of the Complaint and Summons on August 12, 2021.  Copies of the Civil Cover Sheet, Complaint and Summons are attached hereto as Exhibits A, B and C.  No further proceedings have been had in the action.

2. The Complaint on file herein seeks damages exceeding $2,700,000.

3. Plaintiff Bradley B. Talcott, at the time this action was commenced was and still is a resident and citizen of Cascade County, State of Montana.

4. Plaintiff Linda K. Caricaburu, at the time this action was commenced was and still is a resident and citizen of Cascade County, State of Montana.

5. Plaintiff James Talcott Construction Inc., at the time this action was commenced was and still is a corporation incorporated under the laws of the State

of Montana with is principal place of business in Great Falls, Cascade County, Montana.

6. Defendant, MMA, at the time this action was commenced was and still is a limited liability company incorporated under the laws of the State of Delaware, with its principal place of business in New York, New York, and was not and is not a citizen of the State of Montana, wherein this action was brought.

7. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant herein, pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

8. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant will file its Answer to Plaintiffs' Complaint by October 4, 2021.

WHEREFORE, Defendant prays that the action now pending against it in the Montana Eighth Judicial District Court, Cascade County, be removed therefrom to this Court.

DATED this 27th day of September, 2021.

                            /s/ Bradley J. Luck
                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing document was served on the following persons by the following means:

|        |                                      |
|--------|--------------------------------------|
|        | Hand Delivery                        |
| 1-2    | Mail                                 |
|        | Overnight Delivery Service           |
|        | Fax (include fax number in address)  |
| 1      | E-Mail (include email in address)    |

1. Maxon R. Davis
   Davis, Hatley, Haffeman & Tighe, P.C.
   The Milwaukee Station
   101 River Dr. N., 3rd Fl.
   Great Falls, MT 59401
   max.davis@dhhtlaw.com
     *Attorneys for Plaintiffs*

2. Clerk of District Court
   Cascade County
   415 2nd Avenue North
   Great Falls, MT  59401

_____