# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BRADLEY B. TALCOTT, and LINDA K. CARICABURU, and JAMES TALCOTT CONSTRUCTION, INC., THE BRADLEY TALCOTT LIVING TRUST DATED JUNE 18, 2013, AND THE LINDA K. CARICABURU LIVING TRUST DATED JUNE 18, 2013,<br><br>Plaintiffs,<br><br>v.<br><br>MARSH & McLENNAN AGENCY, LLC,<br><br>Defendant. | CV-21-101-GF-BMM<br><br>**ORDER** |

Chief United States District Judge Brian Morris has this case to the undersigned for the purpose of conducting a settlement conference. Accordingly,

**IT IS ALSO HEREBY ORDERED**:

1. The undersigned will conduct a settlement conference in this matter at **9:00 a.m. on July 12, 2022**, at the Russell Smith Federal Courthouse, Missoula, Montana. Counsel are responsible for the Zoom appearance of the insurance representatives. The parties will report to the Clerk of Court for the location of the settlement conference.

2.     It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference.  Such person must participate in the settlement conference in good faith.  L.R. 16.5(b)(4)(A).    The failure to participate in good faith may result in the imposition of sanctions against the offending party.  L.R. 16.5(b)(4)(B).

3.     Each party shall submit a confidential settlement statement to the undersigned on or before **12:00 p.m. on July 5, 2022.**  The settlement statement should be in letter form and not exceed 10 pages, including attachments.  The settlement statement must set forth: 1) a  brief factual outline of the case; 2)  a brief discussion of any unique legal issues present in the case; 3)  a candid discussion of the strengths and weaknesses of your client's position; 4)  the history of settlement negotiations; and 5) the  name and position of the person(s)  who will be attending the settlement conference with ultimate settlement authority.  The parties need not repeat matters discussed in their preliminary pretrial statements.  The parties shall submit their settlement statements to the undersigned via email addressed to **sara_luoma@mtd.uscourts.gov**.

4.     The settlement statements shall remain confidential.  The settlement

statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

5. Plaintiffs shall make a settlement demand to the Defendant on or before June 28, 2022. Defendant shall respond to Plaintiffs' settlement demand on or before July 5, 2022.

DATED this 25th day of May, 2022.

_____
John Johnston
United States Magistrate Judge