Bradley J. Luck
Emma L. Mediak
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
bjluck@garlington.com
elmediak@garlington.com

Attorneys for Defendant Marsh & McLennan Agency LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRADLEY B. TALCOTT, and LINDA K. CARICABURU, and JAMES TALCOTT CONSTRUCTION, INC., THE BRADLEY TALCOTT LIVING TRUST DATED JUNE 18, 2013, AND THE LINDA K. CARICABURU LIVING TRUST DATED JUNE 18, 2013,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARSH & McLENNON AGENCY, LLC,<br><br>        Defendant. | CV-21-101-GF-BMM<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that Plaintiffs' Complaint may be dismissed, with prejudice.  The parties

1

hereby move the Court for its order dismissing the Complaint, with prejudice, each party to bear their own costs and attorney fees.

All parties whose signatures appear in this document have consented to its filing.

DATED this 16th day of August, 2022.

       /s/  Maxon R. Davis
Attorneys for Plaintiffs

       /s/  Bradley J. Luck
Attorneys for Defendant Marsh & McLennan Agency LLC