IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRADLEY B. TALCOTT, and LINDA K. CARICABURU, and JAMES TALCOTT CONSTRUCTION, INC., THE BRADLEY TALCOTT LIVING TRUST DATED JUNE 18, 2013, AND THE LINDA K. CARICABURU LIVING TRUST DATED JUNE 18, 2013,<br><br>        Plaintiffs,<br>   v.<br><br>MARSH & McLENNON AGENCY, LLC,<br><br>        Defendant. | CV-21-101-GF-BMM<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal filed on August 16th, 2022 (Doc. 35), IT IS HEREBY ORDERED that the Complaint in this action is dismissed, with prejudice. Each party shall pay their own costs and attorney fees.

DATED this 16th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court